Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Proposed Counsel for Debtor
Rudra Investments, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 22-30275 |
| RUDRA INVESTMENTS, LLC | Chapter 11 |
| Debtor. | **APPLICATION FOR ORDER DESIGNATING HITESH PATEL AS RESPONSIBLE INDIVIDUAL** |

Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California, Debtor and Debtor in Possession, Rudra Investments, LLC ("Debtor") hereby applies for entry of an order approving Hitesh Patel as its designated responsible individual during the Chapter 11 case. Mr. Patel is the Debtor's Manager and is familiar with its operations. Mr. Patel's contact information is as follows:

> Hitesh Patel
> 458 33rd Ave.
> San Francisco, CA 94121
> Tel. (415) 412-1647

Dated: June 8, 2022               FINESTONE HAYES LLP

                                  By: */s/* Stephen D. Finestone
                                      Stephen D. Finestone
                                      Proposed Attorneys for Rudra Investments, LLC

Certificate of Service

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. On February 2, 2022 I served a true and correct copy of the following document(s):

**APPLICATION FOR ORDER DESIGNATING HITESH PATEL AS RESPONSIBLE INDIVIDUAL**

by the following means:

☒ <u>BY U.S. MAIL</u>. I caused a true and correct copy of said document(s) to be enclosed in a sealed envelope addressed to the persons listed below and placed it for collection and mailing with the United States Postal Service, following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2022 in San Francisco, California.

                                                */s/* Stephen D. Finestone
                                                Stephen D. Finestone