Entered on Docket
December 13, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Rudra Investments, LLC

Signed and Filed: December 13, 2022



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>RUDRA INVESTMENTS, LLC<br><br>Debtor. | Case No. 22-30275<br><br>Chapter 11<br><br>**ORDER FOR FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**<br><br>**Date:** December 8, 2022<br>**Time:** 10:00 a.m. |

On December 8, 2022, a hearing was held for final approval of the Disclosure Statement and confirmation of the Plan of Reorganization dated October 14, 2022 (ECF #65 - the "Plan") filed by Debtor, Rudra Investments. LLC ("Debtor"), the Hon. Dennis Montali presiding. All appearances were as noted on the record.

Having considered the Plan, the voting on the Plan and the declaration and legal brief filed in support of confirmation, notice being proper, for the reasons stated on the record and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Disclosure Statement is approved on a final basis.

2. The Plan is confirmed, the Court having found that the requirements of Sections 1129(a) have been satisfied.

3. The Plan is binding upon the Debtor and its creditors and interest holders; (a) whether the claim or interest has been allowed, and (b) whether such creditor has accepted the Plan.

4. February 10, 2023 is set as the last date for filing requests for allowance and payment of administrative expenses.

5. As of the Effective Date, except as otherwise provided by the Plan or this Order, property of the estate shall vest in the Reorganized Debtor free and clear of all claims, liens and interests, to be administered pursuant to the terms of the Plan.

6. The Reorganized Debtor is authorized to carry out the duties and obligations set forth in the Plan, make the payments to creditors pursuant to the Plan and otherwise carry out the provisions of the Plan, perform such other acts and execute other documents as are necessary or appropriate in connection with the Plan and this Order, and all such actions shall be deemed to have been duly authorized without further order of the Court.

7. Pursuant to Part 5 of the Plan and Bankruptcy Code Section 1141(d), the Reorganized Debtor is discharged of its debts that arose prior to confirmation of the Plan, except that Debtor is not discharged of any debt that is imposed by the Plan.

8. The Court shall retain jurisdiction over this case pursuant to Part 6(g) of the Plan and to the extent permitted by applicable law.

** END OF ORDER **

**Court Service List:**

ECF Participants Only