Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Rudra Investments, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 22-30275 |
| RUDRA INVESTMENTS, LLC | Chapter 11 |
| Debtor. | **DEBTOR'S REQUEST FOR ENTRY OF A FINAL DECREE** |

Debtor Rudra Investments, LLC ("Debtor") requests entry of a final decree in this matter and states as follows:

1.      Debtor's plan of reorganization (the "Plan") was confirmed under Bankruptcy Code Section 1119(a) by order of the Court dated December 13, 2022 (ECF 75).

2.      The confirmation order set February 10, 2023 as the last day for filing requests for allowance and payment of administrative claims.

3.      Debtor's counsel and Debtor's accountant filed fee applications and those applications were approved by the Court (ECF 86 and 87). No other administrative claims were filed in the case.

4.      Debtor has fulfilled the obligations required of it under the Plan as of the date of this request, having, for example, continued making payments to secured creditors. Debtor is

current on fees to the Office of the U.S. Trustee ("UST"), having paid the fees owing for the fourth quarter of 2022 on January 23, 2023.

5.      Attached hereto is a copy of the Debtor's bank statement for the month of January 2023.  As indicated on the bank statements, Debtor disbursed $246,982.72 during the month of January 2023.  Debtor will send a payment of $988 to the UST based upon these disbursements along with the filing of this application.

6.      Accordingly, Debtor requests that the Court enter a final decree in this matter and close the bankruptcy case.

Dated February 21, 2023                          FINESTONE HAYES LLP

                                                  /s/ Stephen D. Finestone
                                                 Stephen D. Finestone
                                                 Counsel for Debtor



RUDRA INVESTMENTS, LLC
458 33RD AVE
SAN FRANCISCO CA 94121-1606

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $503,753.80 |
| Deposits/Credits | 197,681.80 |
| Withdrawals/Debits | - 246,982.72 |
| Ending balance on 1/31 | $454,452.88 |

Account number: **xxxxx7559** RUDRA INVESTMENTS, LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/3 | | American Express Settlement 221230 6625518774 6625518774 | 480.78 | | |
| 1/3 | | Fiserv Merchant Deposit 221230 372749430883 Holiday Inn Express | 4,291.74 | | |
| 1/3 | | American Express Settlement 230102 6625518774 6625518774 | 333.33 | | |
| 1/3 | | American Express Settlement 230101 6625518774 6625518774 | 333.39 | | |
| 1/3 | | American Express Settlement 221231 6625518774 6625518774 | 437.92 | | |
| 1/3 | | Fiserv Merchant Deposit 221231 372749430883 Holiday Inn Express | 4,436.29 | | |
| 1/3 | | Fiserv Merchant Deposit 230101 372749430883 Holiday Inn Express | 12,754.76 | | |
| 1/3 | | Purchase authorized on 12/30 AT&T *8310011092 800-9694288 NJ S462364684361402 Card 1259 | | 1,076.20 | |
| 1/3 | | Discover Network Settlement 010223 601100138196951 Ruda Investments LLC | | 2.61 | |
| 1/3 | | American Express Chgbck/Adj 230101 6625518774 6625518774 | | 7.95 | |
| 1/3 | < | Business to Business ACH Debit - Fiserv Merchant Deposit 230102 372749430883 Holiday Inn Express | | 1,553.97 | |
| 1/3 | 6340 | Check | | 762.05 | 523,419.23 |
| 1/4 | | American Express Settlement 230103 6625518774 6625518774 | 565.73 | | |
| 1/4 | | Fiserv Merchant Deposit 230103 372749430883 Holiday Inn Express | 2,831.55 | | 526,816.51 |
| 1/5 | | Discover Network Settlement 010423 601100138196951 Ruda Investments LLC | 198.86 | | |
| 1/5 | | Fiserv Merchant Deposit 230104 372749430883 Holiday Inn Express | 2,180.67 | | |
| 1/5 | | Purchase authorized on 01/04 Wwp*Knock 'Em Out 707-864-6449 CA S583004818463909 Card 1259 | | 660.00 | |
| 1/5 | | American Express Chgbck/Adj 230104 6625518774 6625518774 | | 4.52 | |
| 1/5 | | American Express Axp Discnt 230104 6625518774 6625518774 | | 950.25 | |
| 1/5 | 6359 | Cashed Check | | 1,501.16 | |
| 1/5 | 6362 | Cashed Check | | 1,745.20 | |
| 1/5 | 6365 | Cashed Check | | 899.66 | |
| 1/5 | < | Business to Business ACH Debit - RI21-Rudra Inves Payroll 123122 RI21 Billing | | 123.75 | |
| 1/5 | < | Business to Business ACH Debit - Hpfservi4 7603 Lease Pmt xxxxx6854 Rudra Investments, LLC | | 665.86 | |
| 1/5 | < | Business to Business ACH Debit - RI21-Rudra Inves Payroll 123122 RI21 Abacus-Payroll Tax | | 6,553.28 | |
| 1/5 | 6360 | Check | | 1,723.72 | 514,368.64 |
| 1/6 | | Fiserv Merchant Deposit 230105 372749430883 Holiday Inn Express | 3,495.41 | | |
| 1/6 | < | Business to Business ACH Debit - Sysco Corporatio Payment Usbl031129346Sb Rudra Investments LLC | | 1,947.23 | |
| 1/6 | 6332 | Check | | 2,330.77 | |
| 1/6 | 1446 | Check | | 6,000.00 | 507,586.05 |
| 1/9 | | Discover Network Settlement 010623 601100138196951 Ruda Investments LLC | 141.87 | | |
| 1/9 | | Fiserv Merchant Deposit 230106 372749430883 Holiday Inn Express | 1,666.47 | | |
| 1/9 | | American Express Settlement 230108 6625518774 6625518774 | 149.95 | | |
| 1/9 | | American Express Settlement 230107 6625518774 6625518774 | 410.54 | | |

Case: 22-30275   Doc# 88   Filed: 02/21/23   Entered: 02/21/23 14:48:52   Page 4 of 10



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/9 | | Fiserv Merchant Deposit 230107 372749430883 Holiday Inn Express | 4,965.34 | | |
| 1/9 | | Fiserv Merchant Deposit 230108 372749430883 Holiday Inn Express | 9,866.12 | | |
| 1/9 | | Purchase authorized on 01/06 PG&E/EZ-Pay 800-743-5000 CA S583006674543126 Card 1259 | | 6,362.28 | |
| 1/9 | 6356 | Cashed Check | | 1,303.32 | |
| 1/9 | < | Business to Business ACH Debit - Ovation Networks Ovationach Santa Rosa, CA Casra3Hix | | 147.00 | |
| 1/9 | < | Business to Business ACH Debit - RI21-Rudra Inves Payroll 010623 RI21 Abacus-Payroll Tax | | 267.44 | |
| 1/9 | 6357 | Check | | 620.73 | |
| 1/9 | 6358 | Check | | 1,221.08 | |
| 1/9 | 6367 | Check | | 1,217.51 | |
| 1/9 | 6352 | Check | | 1,547.38 | |
| 1/9 | 6364 | Check | | 1,711.33 | |
| 1/9 | 6355 | Check | | 1,291.56 | |
| 1/9 | 6366 | Check | | 1,351.58 | |
| 1/9 | 6361 | Check | | 1,516.88 | 506,228.25 |
| 1/10 | | American Express Settlement 230109 6625518774 6625518774 | 604.05 | | |
| 1/10 | | Fiserv Merchant Deposit 230109 372749430883 Holiday Inn Express | 4,305.53 | | |
| 1/10 | | Purchase authorized on 01/09 IN *Dream Ride Ele 707-7451380 CA S383009809070316 Card 1259 | | 2,919.89 | |
| 1/10 | 6354 | Check | | 217.65 | |
| 1/10 | 6353 | Check | | 871.49 | |
| 1/10 | 6369 | Check | | 1,193.87 | 505,934.93 |
| 1/11 | | American Express Settlement 230110 6625518774 6625518774 | 1,030.42 | | |
| 1/11 | | Fiserv Merchant Deposit 230110 372749430883 Holiday Inn Express | 2,025.13 | | |
| 1/11 | < | Business to Business ACH Debit - Santa Rosa ACH Utl 230110 2217759 Rudra Investments *LLC | | 2,886.76 | |
| 1/11 | 6363 | Check | | 352.08 | |
| 1/11 | 6370 | Check | | 669.85 | 505,081.79 |
| 1/12 | | American Express Settlement 230111 6625518774 6625518774 | 257.90 | | |
| 1/12 | | Fiserv Merchant Deposit 230111 372749430883 Holiday Inn Express | 3,774.95 | | 509,114.64 |
| 1/13 | | Discover Network Settlement 011223 601100138196951 Ruda Investments LLC | 267.03 | | |
| 1/13 | | American Express Settlement 230112 6625518774 6625518774 | 979.42 | | |
| 1/13 | | Fiserv Merchant Deposit 230112 372749430883 Holiday Inn Express | 3,958.68 | | |
| 1/13 | < | Business to Business ACH Debit - Sysco Corporatio Payment Usbl031129346Sb Rudra Investments LLC | | 1,426.81 | 512,892.96 |
| 1/17 | | Fiserv Merchant Deposit 230113 372749430883 Holiday Inn Express | 911.06 | | |
| 1/17 | | American Express Settlement 230113 6625518774 6625518774 | 1,853.39 | | |
| 1/17 | | American Express Settlement 230116 6625518774 6625518774 | 454.80 | | |
| 1/17 | | American Express Settlement 230115 6625518774 6625518774 | 840.81 | | |
| 1/17 | | American Express Settlement 230114 6625518774 6625518774 | 1,207.13 | | |
| 1/17 | | Fiserv Merchant Deposit 230114 372749430883 Holiday Inn Express | 3,962.98 | | |
| 1/17 | | Fiserv Merchant Deposit 230116 372749430883 Holiday Inn Express | 4,165.77 | | |
| 1/17 | | Fiserv Merchant Deposit 230115 372749430883 Holiday Inn Express | 7,455.85 | | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/17 | | Purchase authorized on 01/12 American Quick Foo 816-924-7100 MO S583012863132650 Card 1259 | | 235.00 | |
| 1/17 | 1447 | Check | | 340.34 | |
| 1/17 | 6371 | Check | | 526.75 | |
| 1/17 | 6368 | Check | | 1,692.86 | 530,949.80 |
| 1/18 | | American Express Settlement 230117 6625518774 6625518774 | 174.13 | | |
| 1/18 | | Fiserv Merchant Deposit 230117 372749430883 Holiday Inn Express | 3,696.21 | | |
| 1/18 | | Purchase authorized on 01/17 Clean-Pools.Com Httpscleanpoo CA S303017328162057 Card 1259 | | 463.50 | |
| 1/18 | | Purchase authorized on 01/17 Mobile Modular Prt 800-950-1292 CA S303017652125728 Card 1259 | | 171.34 | |
| 1/18 | < | Business to Business ACH Debit - RI21-Rudra Inves Payroll 011523 RI21 Billing | | 168.15 | |
| 1/18 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 230115 173189 Rudra Investments, LLC | | 2,971.11 | |
| 1/18 | < | Business to Business ACH Debit - RI21-Rudra Inves Payroll 011523 RI21 Abacus-Payroll Tax | | 4,810.86 | |
| 1/18 | 6381 | Check | | 1,507.54 | 524,727.64 |
| 1/19 | | Discover Network Settlement 011823 601100138196951 Ruda Investments LLC | 335.88 | | |
| 1/19 | | American Express Settlement 230118 6625518774 6625518774 | 741.14 | | |
| 1/19 | | Fiserv Merchant Deposit 230118 372749430883 Holiday Inn Express | 3,024.00 | | |
| 1/19 | < | Business to Business ACH Debit - Hpfservi4 7603 Lease Pmt xxxxx6855 Rudra Investments, LLC | | 491.56 | 528,337.10 |
| 1/20 | | American Express Settlement 230119 6625518774 6625518774 | 306.62 | | |
| 1/20 | | Fiserv Merchant Deposit 230119 372749430883 Holiday Inn Express | 2,754.11 | | |
| 1/20 | < | Business to Business ACH Debit - Sysco Corporatio Payment Usbl031129346Sb Rudra Investments LLC | | 1,136.63 | |
| 1/20 | | Recology Sonoma Web_Pay Jan 23 01224622010223 Rudra Investments | | 1,810.32 | |
| 1/20 | < | Business to Business ACH Debit - Booking.Com B.V. 1039038630 10000700289328 Rmr*Ik*1585309569\ | | 2,617.18 | |
| 1/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 230120 178423 Rudra Investments, LLC | | 2,826.15 | |
| 1/20 | 6384 | Check | | 396.10 | |
| 1/20 | 1448 | Check | | 7,000.00 | |
| 1/20 | 6387 | Check | | 1,016.81 | 514,594.64 |
| 1/23 | | American Express Settlement 230120 6625518774 6625518774 | 307.31 | | |
| 1/23 | | Fiserv Merchant Deposit 230120 372749430883 Holiday Inn Express | 2,851.30 | | |
| 1/23 | | American Express Settlement 230122 6625518774 6625518774 | 714.36 | | |
| 1/23 | | American Express Settlement 230121 6625518774 6625518774 | 732.62 | | |
| 1/23 | | American Express Chgbck/Adj 230121 6625518774 6625518774 | 2,634.40 | | |
| 1/23 | | Fiserv Merchant Deposit 230121 372749430883 Holiday Inn Express | 2,908.93 | | |
| 1/23 | | Fiserv Merchant Deposit 230122 372749430883 Holiday Inn Express | 11,018.84 | | |
| 1/23 | | Purchase authorized on 01/18 Royal Cup Coffee 800-3665836 AL S383018770578640 Card 1259 | | 962.06 | |
| 1/23 | 6379 | Deposited OR Cashed Check | | 1,227.40 | |
| 1/23 | < | Business to Business ACH Debit - Booking.Com B.V. 1039038731 10000700289330 Rmr*Ik*1585343205\ | | 15.33 | |
| 1/23 | < | Business to Business ACH Debit - Quarterly Fee Payment 230120 0000 Rudra Investments, LLC | | 3,513.00 | 530,044.61 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/24 | | American Express Settlement 230123 6625518774 6625518774 | 746.16 | | |
| 1/24 | | Fiserv Merchant Deposit 230123 372749430883 Holiday Inn Express | 8,815.93 | | |
| 1/24 | | Wire Trans Svc Charge - Sequence: 230124106586 Srf# 0000018024506512 Trn#230124106586 Rfb# | | 30.00 | |
| 1/24 | | WT Fed#01094 Mufg Union Bank, N /Ftr/Bnf=Finestone Hayes LLP Srf# 0000018024506512 Trn#230124106586 Rfb# | | 26,570.78 | |
| 1/24 | 6377 | Check | | 1,217.76 | |
| 1/24 | 6373 | Check | | 836.82 | |
| 1/24 | 6380 | Check | | 1,187.57 | |
| 1/24 | 6375 | Check | | 1,420.00 | |
| 1/24 | 6374 | Check | | 563.10 | |
| 1/24 | 6385 | Check | | 1,102.14 | |
| 1/24 | 6383 | Check | | 1,156.43 | |
| 1/24 | 6386 | Check | | 1,206.44 | |
| 1/24 | 6372 | Check | | 1,350.63 | 502,965.03 |
| 1/25 | | American Express Settlement 230124 6625518774 6625518774 | 691.77 | | |
| 1/25 | | Fiserv Merchant Deposit 230124 372749430883 Holiday Inn Express | 6,597.71 | | 510,254.51 |
| 1/26 | | American Express Settlement 230125 6625518774 6625518774 | 137.43 | | |
| 1/26 | | Fiserv Merchant Deposit 230125 372749430883 Holiday Inn Express | 8,127.10 | | |
| 1/26 | < | Business to Business ACH Debit - Hpfservi4 7603 Lease Pmt xxxxx6856 Rudra Investments, LLC | | 1,098.91 | |
| 1/26 | | Comcast 8155300 341930881 230125 5640495 Rudra *LLC | | 1,135.89 | |
| 1/26 | < | Business to Business ACH Debit - Hd Supply Fm BT0125 012523 000000207702217 Rudra Inverstments LLC | | 2,533.50 | |
| 1/26 | < | Business to Business ACH Debit - Hd Supply Fm BT0125 012523 000000207702031 Rudra Inverstments LLC | | 3,625.87 | |
| 1/26 | 6378 | Check | | 201.99 | 509,922.88 |
| 1/27 | | American Express Settlement 230126 6625518774 6625518774 | 264.36 | | |
| 1/27 | | Fiserv Merchant Deposit 230126 372749430883 Holiday Inn Express | 4,810.74 | | |
| 1/27 | | Wire Trans Svc Charge - Sequence: 230127133156 Srf# 0000018027224732 Trn#230127133156 Rfb# | | 30.00 | |
| 1/27 | | Wire Trans Svc Charge - Sequence: 230127133452 Srf# 0000018027584732 Trn#230127133452 Rfb# | | 30.00 | |
| 1/27 | | Purchase authorized on 01/26 PG&E/EZ-Pay 800-743-5000 CA S383026731754001 Card 1259 | | 3,827.82 | |
| 1/27 | | WT Fed#03575 Jpmorgan Chase Ban /Ftr/Bnf=Trimont Real Estate Advisors, LLC Srf# 0000018027224732 Trn#230127133156 Rfb# | | 5,000.00 | |
| 1/27 | | WT Fed#03649 Jpmorgan Chase Ban /Ftr/Bnf=Trimont Real Estate Advisors, LLC Srf# 0000018027584732 Trn#230127133452 Rfb# | | 92,000.00 | |
| 1/27 | < | Business to Business ACH Debit - Sysco Corporatio Payment Usbl031129346Sb Rudra Investments LLC | | 973.20 | 413,136.96 |
| 1/30 | | American Express Settlement 230127 6625518774 6625518774 | 144.61 | | |
| 1/30 | | Discover Network Settlement 012723 601100138196951 Ruda Investments LLC | 531.01 | | |
| 1/30 | | Fiserv Merchant Deposit 230127 372749430883 Holiday Inn Express | 2,651.22 | | |
| 1/30 | | American Express Settlement 230129 6625518774 6625518774 | 140.06 | | |
| 1/30 | | Fiserv Merchant Deposit 230129 372749430883 Holiday Inn Express | 7,401.00 | | |
| 1/30 | | Fiserv Merchant Deposit 230128 372749430883 Holiday Inn Express | 14,403.87 | | |

Case: 22-30275   Doc# 88   Filed: 02/21/23   Entered: 02/21/23 14:48:52   Page 7 of 10



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/30 | | American Express Chgbck/Adj 230129 6625518774 6625518774 | 16,081.44 | | |
| 1/30 | 6382 | Check | | 496.11 | |
| 1/30 | | Dish Network Cor 8003333474 340170062581 Bobbie Patel | | 1,238.10 | |
| 1/30 | 1449 | Check | | 4,400.00 | 448,355.96 |
| 1/31 | | American Express Settlement 230130 6625518774 6625518774 | 1,004.83 | | |
| 1/31 | | Fiserv Merchant Deposit 230130 372749430883 Holiday Inn Express | 5,337.09 | | |
| 1/31 | | Purchase authorized on 01/30 Discount Best Blin Santa Rosa CA S463030733386880 Card 1259 | | 245.00 | 454,452.88 |
| Ending balance on 1/31 | | | | | 454,452.88 |
| Totals | | | $197,681.80 | $246,982.72 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1446 | 1/6 | 6,000.00 | 6360 | 1/5 | 1,723.72 | 6374 | 1/24 | 563.10 |
| 1447 | 1/17 | 340.34 | 6361 | 1/9 | 1,516.88 | 6375 | 1/24 | 1,420.00 |
| 1448 | 1/20 | 7,000.00 | 6362 | 1/5 | 1,745.20 | 6377 * | 1/24 | 1,217.76 |
| 1449 | 1/30 | 4,400.00 | 6363 | 1/11 | 352.08 | 6378 | 1/26 | 201.99 |
| 6332 * | 1/6 | 2,330.77 | 6364 | 1/9 | 1,711.33 | 6379 | 1/23 | 1,227.40 |
| 6340 * | 1/3 | 762.05 | 6365 | 1/5 | 899.66 | 6380 | 1/24 | 1,187.57 |
| 6352 * | 1/9 | 1,547.38 | 6366 | 1/9 | 1,351.58 | 6381 | 1/18 | 1,507.54 |
| 6353 | 1/10 | 871.49 | 6367 | 1/9 | 1,217.51 | 6382 | 1/30 | 496.11 |
| 6354 | 1/10 | 217.65 | 6368 | 1/17 | 1,692.86 | 6383 | 1/24 | 1,156.43 |
| 6355 | 1/9 | 1,291.56 | 6369 | 1/10 | 1,193.87 | 6384 | 1/20 | 396.10 |
| 6356 | 1/9 | 1,303.32 | 6370 | 1/11 | 669.85 | 6385 | 1/24 | 1,102.14 |
| 6357 | 1/9 | 620.73 | 6371 | 1/17 | 526.75 | 6386 | 1/24 | 1,206.44 |
| 6358 | 1/9 | 1,221.08 | 6372 | 1/24 | 1,350.63 | 6387 | 1/20 | 1,016.81 |
| 6359 | 1/5 | 1,501.16 | 6373 | 1/24 | 836.82 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2023 - 01/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $499,871.00 ✓ |
| • Minimum daily balance | $500.00 | $413,136.96 ✓ |



---

*Monthly service fee summary (continued)*

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 73 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

---

ATM Check Deposit Limit

Effective March 15, 2023, we are changing the following paragraph in the "Our right to decline deposits" subsection within the "Depositing Funds" section of the Deposit Account Agreement:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion.

The new paragraph is as follows:

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline check deposits that exceed $1 million.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

The new year is a great time to make sure your security settings are up to date. Take a few minutes now to update your passwords, ensure we have your current contact information (mobile phone number, email), set up account alerts, and enable biometric sign on for the Wells Fargo Mobile® app. Learn more at www.wellsfargo.com/securitytools.



---

## Important Information You Should Know

• To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801