

Signed and Filed: March 23, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Rudra Investments, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 22-30275 |
| RUDRA INVESTMENTS, LLC | Chapter 11 |
| Debtor. | **FINAL DECREE** |

Having considered Debtor's Application for Final Decree, and good cause appearing:

**IT IS ORDERED** that the Debtor's request is granted and the case is hereby closed, subject to being reopened if necessary.

**\*\* END OF ORDER \*\***

**Court Service List**

ECF Participants Only